| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11563-AMC**

Lance P. Marshall
12415 Tyrone Road
Philadelphia  PA    19154

Petition Filed Date: 03/12/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 09/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/13/2020 | $1,450.00 | | 05/11/2020 | $1,450.00 | | 06/15/2020 | $1,450.00 | |
| 08/17/2020 | $1,100.00 | | 09/15/2020 | $1,120.00 | | 10/14/2020 | $1,165.00 | |
| 11/12/2020 | $1,165.00 | | 01/04/2021 | $1,165.00 | | 01/29/2021 | $1,165.00 | |
| 02/23/2021 | $1,165.00 | | 03/23/2021 | $1,165.00 | | 05/10/2021 | $1,165.00 | |
| 06/09/2021 | $1,165.00 | | | | | | | |

**Total Receipts for the Period: $15,890.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,890.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lance P. Marshall | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CREDIT SERVICES »» 01S | Secured Creditors | $2,035.00 | $1,065.98 | $969.02 |
| 2 | TD RETAIL CREDIT SERVICES »» 01U | Unsecured Creditors | $1,515.97 | $0.00 | $1,515.97 |
| 3 | TEA OLIVE, LLC »» 002 | Unsecured Creditors | $1,912.60 | $0.00 | $1,912.60 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $974.54 | $0.00 | $974.54 |
| 5 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $1,874.91 | $0.00 | $1,874.91 |
| 6 | POLICE & FIRE FCU »» 05A | Secured Creditors | $1,708.92 | $895.16 | $813.76 |
| 7 | POLICE & FIRE FCU »» 05B | Secured Creditors | $710.00 | $371.91 | $338.09 |
| 8 | POLICE & FIRE FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | POLICE & FIRE FCU »» 007 | Unsecured Creditors | $10,543.82 | $0.00 | $10,543.82 |
| 10 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $1,073.46 | $0.00 | $1,073.46 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,191.11 | $0.00 | $5,191.11 |
| 12 | CITADEL FEDERAL CREDIT UNION »» 10S | Secured Creditors | $7,406.19 | $3,879.53 | $3,526.66 |
| 13 | CITADEL FEDERAL CREDIT UNION »» 10U | Unsecured Creditors | $9,727.26 | $0.00 | $9,727.26 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,241.12 | $0.00 | $2,241.12 |

**Chapter 13 Case No. 20-11563-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $1,644.11 | $861.22 | $782.89 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $6,393.57 | $0.00 | $6,393.57 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $91.64 | $40.92 | $50.72 |
| 18 | PA DEPARTMENT OF REVENUE<br>»» 15P | Priority Crediors | $1,040.41 | $1,040.41 | $0.00 |
| 19 | PA DEPARTMENT OF REVENUE<br>»» 15U | Unsecured Creditors | $33.45 | $0.00 | $33.45 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,890.00 | Current Monthly Payment: | $1,165.00 |
| Paid to Claims: | $13,455.13 | Arrearages: | ($1,120.00) |
| Paid to Trustee: | $1,379.30 | Total Plan Base: | $68,360.00 |
| Funds on Hand: | $1,055.57 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.