**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **Lance P. Marshall** | : | **NO. 20-11563-AMC** |
| | : | |

### ORDER

    **AND NOW**, this _____ day of _____, 2021, upon consideration of the Motion to Sell Real Property filed by Debtor, upon notice to all interested parties, and any response thereto, it is hereby

    **ORDERED**, that Debtor is authorized to sell his/her real property located at 601 Alcott Street, Philadelphia, PA 19120 ("Property"), with all liens to be paid at closing, for the sale price of $210,000.00 (two hundred ten thousand dollars), pursuant to the terms of a certain real estate agreement of sale dated as of September 15, 2021 to the buyer(s) thereunder, Geraldo Alexis Lopez-Nunez ("Buyers"), who have been represented to be purchasing the Property at arms-length.

    The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the following manner:

    Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters, any liens, real estate taxes, sewer, trash and/or other such items, property repairs, if any, attorney fees, real estate commission at no greater than 6% and any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at settlement.

    After paying any liens in full and all costs of sale, the title clerk shall pay to Scott F. Waterman, Chapter 13 Trustee, the balance of the sales proceeds, if any, which are anticipated to be approximately $42,000.00 (nineteen thousand three hundred eighty five dollars), to be held by the Standing Trustee as a special receipt, to be available under Debtor's plan for distribution to unsecured creditors so that all unsecured creditors receive 100% of their filed claim. Debtor shall immediately amend his plan, consistent with this Order and the sale of the Property.

    The title clerk shall fax a completed HUD-1 or settlement

sheet from the closing directly to the Trustee immediately upon the close of the settlement, and the Trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed. Upon Trustee approval, the title clerk shall fax a copy of the disbursement check to the Trustee, and shall immediately transmit the actual disbursement check to the Trustee by overnight courier.


BY THE COURT


_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE