IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Lance P. Marshall | : | No. 20-11563-AMC |
| Debtor | : | |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

**Date: October 19, 2022**

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE