Office Mailing Address:                                              Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                     Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                            P.O. Box 680
Reading, PA  19606                                          Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-11563-AMC**

Lance P. Marshall                                               Petition Filed Date: 03/12/2020
12415 Tyrone Road                                         341 Hearing Date: 04/24/2020
Philadelphia  PA    19154                                  Confirmation Date: 09/23/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 08/18/2022 | $650.00 | | 09/09/2022 | $625.00 | | 10/14/2022 | $625.00 | |
| 11/29/2022 | $625.00 | | 12/27/2022 | $701.00 | | 01/24/2023 | $701.00 | |
| 02/24/2023 | $701.00 | | 03/13/2023 | $701.00 | | 04/25/2023 | $701.00 | |
| 06/08/2023 | $701.00 | | 07/10/2023 | $701.00 | | | | |

**Total Receipts for the Period: $7,432.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $73,771.92**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lance P. Marshall | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CREDIT SERVICES »» 01S | Secured Creditors | $2,035.00 | $1,854.15 | $180.85 |
| 2 | TD RETAIL CREDIT SERVICES »» 01U | Unsecured Creditors | $1,515.97 | $1,515.97 | $0.00 |
| 3 | TEA OLIVE, LLC »» 002 | Unsecured Creditors | $1,912.60 | $1,912.60 | $0.00 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $974.54 | $974.54 | $0.00 |
| 5 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $1,874.91 | $1,874.91 | $0.00 |
| 6 | POLICE & FIRE FCU »» 05A | Secured Creditors | $1,708.92 | $1,557.04 | $151.88 |
| 7 | POLICE & FIRE FCU »» 05B | Secured Creditors | $710.00 | $646.90 | $63.10 |
| 8 | POLICE & FIRE FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | POLICE & FIRE FCU »» 007 | Unsecured Creditors | $10,543.82 | $10,543.82 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $1,073.46 | $1,073.46 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,191.11 | $5,191.11 | $0.00 |
| 12 | CITADEL FEDERAL CREDIT UNION »» 10S | Secured Creditors | $7,406.19 | $6,802.49 | $603.70 |
| 13 | CITADEL FEDERAL CREDIT UNION »» 10U | Unsecured Creditors | $9,727.26 | $9,727.26 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,241.12 | $2,241.12 | $0.00 |

**Chapter 13 Case No. 20-11563-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $1,644.11 | $1,497.99 | $146.12 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $6,293.57 | $6,293.57 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $91.64 | $83.50 | $8.14 |
| 18 | PA DEPARTMENT OF REVENUE<br>»» 15P | Priority Crediors | $1,040.41 | $1,040.41 | $0.00 |
| 19 | PA DEPARTMENT OF REVENUE<br>»» 15U | Unsecured Creditors | $33.45 | $33.45 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 20 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 016 | Unsecured Creditors | $1,946.49 | $1,946.49 | $0.00 |
| 21 | UNITED STATES TREASURY (IRS)<br>»» 017 | Priority Crediors | $13,507.75 | $3,184.45 | $10,323.30 |
| 0 | DAVID M OFFEN ESQ | Attorney Fees | $1,731.00 | $0.00 | $1,731.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $73,771.92 | Current Monthly Payment: | $701.00 |
| Paid to Claims: | $65,295.23 | Arrearages: | ($549.00) |
| Paid to Trustee: | $6,107.78 | Total Plan Base: | $87,242.92 |
| Funds on Hand: | $2,368.91 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/**
 **for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.