| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 20-11563-AMC**

Lance P. Marshall
12415 Tyrone Road
Philadelphia  PA    19154

Petition Filed Date: 03/12/2020
341 Hearing Date: 04/24/2020
Confirmation Date: 09/23/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2023 | $701.00 | | 09/11/2023 | $701.00 | | 10/10/2023 | $701.00 | |
| 11/06/2023 | $701.00 | | 12/08/2023 | $701.00 | | 01/09/2024 | $701.00 | |
| 02/07/2024 | $701.00 | | 03/11/2024 | $701.00 | | 04/08/2024 | $701.00 | |
| 05/09/2024 | $701.00 | | 06/10/2024 | $701.00 | | 07/09/2024 | $701.00 | |

**Total Receipts for the Period: $8,412.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $82,183.92**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Lance P. Marshall | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | TD RETAIL CREDIT SERVICES »» 01S | Secured Creditors | $2,035.00 | $1,854.15 | $180.85 |
| 2 | TD RETAIL CREDIT SERVICES »» 01U | Unsecured Creditors | $1,515.97 | $1,515.97 | $0.00 |
| 3 | TEA OLIVE, LLC »» 002 | Unsecured Creditors | $1,912.60 | $1,912.60 | $0.00 |
| 4 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $974.54 | $974.54 | $0.00 |
| 5 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $1,874.91 | $1,874.91 | $0.00 |
| 6 | POLICE & FIRE FCU »» 05A | Secured Creditors | $1,708.92 | $1,557.04 | $151.88 |
| 7 | POLICE & FIRE FCU »» 05B | Secured Creditors | $710.00 | $646.90 | $63.10 |
| 8 | POLICE & FIRE FCU »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | POLICE & FIRE FCU »» 007 | Unsecured Creditors | $10,543.82 | $10,543.82 | $0.00 |
| 10 | PHILADELPHIA GAS WORKS »» 008 | Unsecured Creditors | $1,073.46 | $1,073.46 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,191.11 | $5,191.11 | $0.00 |
| 12 | CITADEL CREDIT UNION »» 10S | Secured Creditors | $7,406.19 | $6,802.49 | $603.70 |
| 13 | CITADEL CREDIT UNION »» 10U | Unsecured Creditors | $9,727.26 | $9,727.26 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 011 | Unsecured Creditors | $2,241.12 | $2,241.12 | $0.00 |

**Chapter 13 Case No. 20-11563-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $1,644.11 | $1,497.99 | $146.12 |
| 16 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 013 | Unsecured Creditors | $6,293.57 | $6,293.57 | $0.00 |
| 17 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $91.64 | $83.50 | $8.14 |
| 18 | PA DEPARTMENT OF REVENUE<br>»» 15P | Priority Crediors | $1,040.41 | $1,040.41 | $0.00 |
| 19 | PA DEPARTMENT OF REVENUE<br>»» 15U | Unsecured Creditors | $33.45 | $33.45 | $0.00 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $5,300.00 | $5,300.00 | $0.00 |
| 20 | OFFICE OF UC BENEFITS POLICY-UC DIVISION<br>»» 016 | Unsecured Creditors | $1,946.49 | $1,946.49 | $0.00 |
| 21 | UNITED STATES TREASURY (IRS)<br>»» 017 | Priority Crediors | $13,507.75 | $11,400.17 | $2,107.58 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $1,731.00 | $0.00 | $1,731.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $82,183.92 | Current Monthly Payment: | $701.00 |
| Paid to Claims: | $73,510.95 | Arrearages: | $152.00 |
| Paid to Trustee: | $6,941.97 | Total Plan Base: | $87,242.92 |
| Funds on Hand: | $1,731.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.