United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11563-amc |
| Lance P. Marshall | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lance P. Marshall, 12415 Tyrone Road, Philadelphia, PA 19154-1917 |
| 14482599 | | Dept. of Labor & Industry, Commonwealth of Pennsylvania, Bureau of UC Benefits & Allowances, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14490746 | | FREEDOM MORTGAGE CORPORATION, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14606789 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14607067 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Esq., Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14606790 | +++ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14490849 | + | Freedom Mortgage Corporation, c/o Mario J. Hanyon, Esq., Phelan Hallinan Diamond & Jones,LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14559141 | | Freedom Mortgage Corporation, c/o Rebecca Solarz, Esq., KML Market Street, Suite 5000, Philadelphia, PA 19106-1532 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14517595 | | Email/Text: megan.harper@phila.gov | Feb 25 2025 01:15:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14482598 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 25 2025 01:15:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14498012 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 25 2025 01:15:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 EAGLEVIEW BLVD, EXTON, PA 19341-1119 |
| 14482600 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 25 2025 01:15:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 14500342 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2025 01:15:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14559027 | ^ | MEBN | Feb 25 2025 00:46:53 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14482601 | + | Email/Text: Bankruptcy@Freedommortgage.com | Feb 25 2025 01:15:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14699109 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 25 2025 01:15:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14490847 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 03:16:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14482602 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:15:00 | Midland Funding, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14502039 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2025 01:15:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14482603 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14482609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 03:39:06 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14494915 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2025 03:39:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14524404 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 25 2025 01:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14493460 | ^ | MEBN | Feb 25 2025 00:46:54 | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14482604 | + | Email/Text: bankruptcy1@pffcu.org | Feb 25 2025 01:15:00 | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14493096 | + | Email/Text: bankruptcy1@pffcu.org | Feb 25 2025 01:15:00 | Police and Fire Federal Credit Union, Greenwood One, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14482610 | ^ | MEBN | Feb 25 2025 00:46:49 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14487731 | + | Email/Text: tdebn@credbankserv.com | Feb 25 2025 01:15:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14490764 | + | Email/Text: documentfiling@lciinc.com | Feb 25 2025 01:15:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14482611 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 25 2025 01:15:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14482605 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482606 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482607 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14482608 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 24, 2025 | Form ID: 138OBJ | Total Noticed: 31 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

**Name**    **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANNE M. AARONSON
on behalf of Creditor POLICE AND FIRE FEDERAL CREDIT UNION aaaronson@dilworthlaw.com mdolan@dilworthlaw.com;ctomlin@dilworthlaw.com

DAVID M. OFFEN
on behalf of Debtor Lance P. Marshall dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MARIO J. HANYON
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

STEPHEN R. STARKS
on behalf of Creditor FREEDOM MORTGAGE CORPORATION ryan.starks@brockandscott.com wbecf@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*Form 138OBJ* (6/24)–doc 65 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Lance P. Marshall ) Case No. 20−11563−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 24, 2025      For The Court

Timothy B. McGrath
Clerk of Court